**United States District Court**
**Southern District New York**

# 12 CV 7773

Jason Wimberly                            Index No_____

   V.

United States Department of Education



RECEIVED OCT 15 2012 PRO SE OFFICE

## COMPLAINT

I Jason Wimberly (herein after referred to as petitioner) a resident of the state of New York, do allege and affirm the following:

This court has jurisdiction as the loans arise out of the Higher Education Act 20 U.S.C. 1001 et seq. The loans were created out of the William D. Ford student loan program adminstered by the United States Department of Education.

On or about December 30th 1999, Petitioner entered the guardianship of the Illinois department of children and family services.

On or about August 17th 2001, Petitioner was accepted into Southern Illinois University Carbondale, herein after referred to as the "University" as a freshman student. As the petitioner was under the age of 18 at the time of acceptance and entry to the petitioner was unable to legally enter any other contracts, including leases. Immediately prior to entering the "University", the petitioner was under the care of a foster parent, with whom he was unable to remain after his high school graduation. Faced with no other the options for housing, and a disability (narcolepsy) petitioner was forced against his will to enter an agreement under duress for a loan to help cover University expenses. The petitioner attempted several times to reach the social worker to whom his case was assigned to seek help or help finding relief or alternate ways to finance his education and was met with blatant disregard and disinterest. The petitioner was supposed to be entered in to a stipend program adminstered by the state of Illinois and was not as the case worker had maliciously neglected to do so. Faced with the lack of parental support, urgency to find housing, no alternate means of support, and no finances the petitioner's back was against the wall and in order to stave off impending financial insolvency, had no choice but to accept loans against his will in order to ensure his well-being.

**WHEREFORE,** the petitioner humbly prays this court to nullify the loans in question.

1

Signed,

*[signature]*

Jason Wimberly
Pro Se Plaintiff
Jasonwimberly@yahoo.com
646-407-8746